**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| RACHEL LONG, as Administrator for the ESTATE OF DONTE LAMONT SOWELL and on behalf of herself, | ) | |
| Plaintiffs, | ) | Case No. 1:15-cv-01443-TWP-DML |
| v. | ) | |
| CITY OF INDIANAPOLIS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT OFFICER JAVED RICHARDS, AS-YET UNKNOWN METROPOLITAN POLICE DEPARTMENT OFFICERS, AMBER WOODS COOPERATIVE, FLAHERTY & COLLINS PROPERTIES, SPECIAL TASK FORCE PROTECTION AGENCY LLC (A.K.A. CRIME PREVENTION TASK FORCE SPECIAL SERVICES, INC.), STEPFON SEYMOUR, and AS-YET UNKNOWN SECURITY GUARD EMPLOYEES OF THE SPECIAL TASK FORCE PROTECTION AGENCY LLC, | ) | |
| Defendants. | ) | |

**DEFENDANT FLAHERTY & COLLINS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Defendant, Flaherty & Collins, Inc., by counsel, Richard R. Skiles, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

Flaherty & Collins, Inc. has no parent corporation and has no publicly held corporation owning ten (10) percent or more of its stock.

Respectfully submitted,

/s/ Richard R. Skiles
Richard R. Skiles, #1984-49
*Attorney for Defendant,*
*Flaherty & Collins Properties*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard R. Skiles
Richard R. Skiles, #1984-49

Richard R. Skiles
SKILES DeTRUDE
150 East Market Street
Suite 200
Indianapolis, IN 46204
(317) 321-2402
(317) 321-2414 (Facsimile)
rskiles@skilesdetrude.com